JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY GUTIERREZ,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC., (a New York corporation); RECONTRUST COMPANY (a Nevada Corporation); and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. EDCV 09-255-VAP (MANx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: March 20, 2009

                                                  *Virginia A. Phillips*
                                                  VIRGINIA A. PHILLIPS
                                                  United States District Judge